# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MICHAEL MORRISON,<br><br>        Petitioner,<br>v.<br>JOE A. LIZARRAGA, Warden, et al.,<br><br>        Respondents. | Case No.: 18cv1857-MMA (JLB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 5]<br><br>**DENYING PETITIONER'S MOTION FOR STAY AND ABEYANCE WITHOUT PREJUDICE**<br><br>[Doc. No. 4] |

  Petitioner Ryan Michael Morrison ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus (the "Petition") pursuant to 28 U.S.C. § 2254. *See* Doc. No. 1. Two months later, Petitioner filed a motion for stay and abeyance pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005). *See* Doc. No. 4. To date, Respondents have not filed a response to Petitioner's motion.

  The matter was referred to United States Magistrate Judge Burkhardt for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Judge Burkhardt has issued a detailed and well-reasoned report recommending that the Court deny Petitioner's motion for stay and abeyance without prejudice. *See* Doc. No. 5.

  Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. §

636(b)(1), the Court must "make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Objections to the Report and Recommendation were due no later than April 19, 2019. *See* Doc. No. 5. To date, no objections have been filed.[1]

Accordingly, the Court finds that Judge Burkhardt has issued an accurate Report and well-reasoned recommendation that the motion for stay and abeyance be denied without prejudice. The Court **ADOPTS** the Report and Recommendation in its entirety and **DENIES** Petitioner's motion for stay and abeyance **without prejudice**.

**IT IS SO ORDERED.**

Dated: April 26, 2019

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] The Clerk of Court served Petitioner with a copy of the Report and Recommendation via U.S. Mail on March 25, 2019. *See* Doc. No. 5.