# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MICHAEL MORRISON,<br><br>Petitioner,<br>v.<br>JOE A. LIZARRAGA, Warden, et al.,<br><br>Respondents. | Case No.: 18cv1857-MMA (JLB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 18]<br><br>**DENYING RESPONDENT'S MOTION TO DISMISS;**<br><br>[Doc. No. 12]<br><br>**GRANTING PETITIONER'S RENEWED REQUEST FOR A STAY AND ABEYANCE** |

Petitioner Ryan Michael Morrison ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus (the "Petition") pursuant to 28 U.S.C. § 2254. *See* Doc. No. 1. Two months later, Petitioner filed a motion for stay and abeyance pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005). *See* Doc. No. 4. The Court adopted the report and recommendation of the assigned magistrate judge and denied Petitioner's motion for stay and abeyance without prejudice. *See* Doc. No. 7. Respondent Joe A. Lizarraga ("Respondent"), Warden of Mule Creek State Prison, now moves to dismiss the Petition on the grounds that Petitioner failed to exhaust his state court remedies with

respect to all claims in the petition. *See* Doc. No. 12. Petitioner filed an opposition wherein he renews his request for a stay and abeyance under *Rhines*. *See* Doc. No. 17.

The matter was referred to United States Magistrate Judge Burkhardt for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Judge Burkhardt has issued a detailed and well-reasoned report recommending that the Court deny Respondent's motion to dismiss and grant Petitioner's renewed request for a *Rhines* stay. *See* Doc. No. 18.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Objections to the Report and Recommendation were due no later than January 20, 2020. *See* Doc. No. 18 at 11. To date, no objections have been filed.[1]

Accordingly, the Court finds that Judge Burkhardt has issued an accurate Report and well-reasoned recommendation that Respondent's motion to dismiss be denied and that Petitioner's renewed request for a stay and abeyance be granted. The Court hereby **ORDERS** as follows:

1. The Court **ADOPTS** the Report and Recommendation in its entirety;
2. The Court **DENIES** Respondent's motion to dismiss;
3. The Court **GRANTS** Petitioner's renewed request for a *Rhines* stay;
4. This action is stayed pending exhaustion of Claim Two for ineffective assistance of trial counsel;
5. Petitioner must file, every 90 days starting with the filing date of this Order, a status report that details Petitioner's progress in the California state courts;

---

[1] The Clerk of Court served Petitioner with a copy of the Report and Recommendation via U.S. Mail on March 25, 2019. *See* Doc. No. 18.

6. Petitioner must file, within 30 days of a final decision by the California Supreme Court, a motion requesting that the stay be lifted and that leave to file a First Amended Petition pursuant to 28 U.S.C. § 2254 be granted. Petitioner must include a proposed First Amended Petition with that filing; and

7. The Clerk of Court is instructed to administratively close the case until further order of the Court.

**IT IS SO ORDERED.**

Dated: February 5, 2020

HON. MICHAEL M. ANELLO
United States District Judge