**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN MICHAEL MORRISON,<br><br>                              Plaintiff,<br>v.<br>JOE A. LIZARRAGA, Warden, et al.,<br><br>                              Defendants. | Case No.: 18-cv-1857-MMA (JLB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION: (1) TO LIFT STAY; AND (2) FOR LEAVE TO FILE FIRST AMENDED PETITION**<br><br>[Doc. No. 23] |

On February 5, 2020, the Court entered an order granting Petitioner's motion to stay under *Rhines v. Weber*, 544 U.S. 269 (2005). *See* Doc. No. 19 (the "Order"). Pursuant to the Order, the Court directed Petitioner to file a motion requesting to lift the stay and amend his petition within 30 days of the Supreme Court of California's final decision. According to Petitioner's March 22, 2021 status report, the California Supreme Court issued its decision denying his habeas corpus petition on February 17, 2021. *See* Doc. No. 22. He now moves the Court to lift the stay and grant him leave to file a First Amended Petition. The motion is unopposed to date. *See* Docket. Upon due consideration, good cause appearing, the Court **GRANTS** the motion and **LIFTS** the

stay.  The Court further **DIRECTS** the Clerk of Court to administratively reopen this case and file Petitioner's First Amended Petition as of the date of this order.  *See* Doc. No. 23 at 5–43.  The assigned magistrate judge will then issue a scheduling order in due course.

     **IT IS SO ORDERED.**

Dated:  March 24, 2021

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge