UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MICHAEL MORRISON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN JOE A. LIZARRAGA, et al.,<br><br>Respondents. | Case No.: 18-cv-01857-MMA (JLB)<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE MOTION FOR EXTENSION OF TIME**<br><br>**[ECF No. 28]** |

Before the Court is Respondent's *ex parte* motion for an extension of time to file an answer to the First Amended Petition for Writ of Habeas Corpus. (ECF No. 28.) For good cause shown, the *ex parte* motion is **GRANTED**. Accordingly, the Court's order setting a briefing schedule (ECF No. 26) is modified as follows:

1. Respondent shall file and serve an answer to the First Amended Petition pursuant to Rule 5 of the Rules Governing § 2254 Cases no later than **June 28, 2021**. At the time the answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims. The lodgments shall be accompanied by a notice of lodgment which shall be captioned "Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office." Respondent shall not combine separate pleadings, orders or other items into a combined lodgment entry. Each item shall be

numbered separately and sequentially.

2. Petitioner may file a traverse to matters raised in the answer no later than **July 28, 2021**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the First Amended Petition. Grounds for relief withheld until the traverse will not be considered. No traverse can exceed ten (10) pages in length absent advance leave of Court for good cause shown.

3. A request by a party for an extension of time within which to file any of the pleadings required by this Order shall be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause. Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

4. Unless otherwise ordered by the Court, this case will be deemed submitted on the day following the date Petitioner's traverse is due.

5. Every document delivered to the Court shall include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

**IT IS SO ORDERED.**

Dated: May 28, 2021

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge